IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES, | No. CIV S-09-2564-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| E. JONES, et al., | |
|     Defendants. | |
|                                / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). Here, the claim(s) arose in Monterey County, which is within the boundaries of the United States District Court for the Northern District of California. Therefore, the court

1  finds that this action most appropriately proceeds in that district.  In the interest of justice, the
2  court will transfer this case.  See 28 U.S.C. § 1406(a).
3        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
4  United States District Court for the Northern District of California.

 DATED:  October 15, 2009

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE